# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DONALD GAINES MENSER**                                                                **PLAINTIFF**

V.                            **CIVIL ACTION NO. 1:13cv532-MTP**

**CAPTAIN ENLERS**                                                                      **DEFENDANT**

## FINAL JUDGMENT

This cause came before the Court this day for a bench trial in regard to Plaintiff's two remaining claims against Captain Enlers. Plaintiff failed to appear at the trial, and Defendant Enlers moved to dismiss this cause with prejudice for Plaintiff's failure to prosecute his case. The Court granted the motion for the reasons assigned on the record at the trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action is finally dismissed with prejudice. All pending motions are denied as moot.

THIS, the 23rd day of June, 2015.

_____
United States Magistrate Judge